IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| COREY D. BLOCKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:04-0401 |
| ) | Judge Trauger |
| MAPCO, INC., ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

On June 22, 2006, the Magistrate Judge issued a Report and Recommendation, recommending that the defendant's Renewal Motion for Reasonable Attorney's Fees be denied. (Docket No. 43) No timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the defendant's Renewal Motion for Reasonable Attorney's Fees (Docket No. 38) is **DENIED**.

It is so **ORDERED.**

Enter this 2nd day of August 2006.

_____
ALETA A. TRAUGER
U.S. District Judge